DAVID A. HUBBERT
Deputy Assistant Attorney General

SAMUEL HOLT (CO Bar # 59613)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
Tel: 202-307-2279
Fax: 202-307-0054
Samuel.Holt@usdoj.gov

*Attorney for Defendant United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| VLADISLAV AND ELINA GOLDMAN, ) | Case No. 4:24-cv-00606-DMR |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER (AS MODIFIED)** |
| v. ) | **GRANTING STIPULATED** |
| ) | **REQUEST FOR EXTENDING** |
| UNITED STATES OF AMERICA, ) | **DEADLINES** |
| ) | |
| Defendant. ) | |

The Stipulated Request for Extending Deadlines was filed by: Vladislav and Elina

Goldman and the United States of America.

Upon consideration of the Stipulated Request and for good cause shown, IT IS HEREBY

ORDERED that the Stipulated Request is GRANTED.

Pursuant to the stipulation by and between Plaintiffs Vladislav and Elina Goldman and

Defendant United States of America, IT IS ORDERED THAT the deadlines in this case be

continued to the following dates:

///

Order (As Modified) Granting Stipulated Request to
Extend Deadlines
(Case No. 4:24-cv-00606)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-2279

| Event: | Due Date: |
|---|---|
| United States' deadline to respond to complaint | May 31, 2024 |
| Last day to meet and confer re:<br>• Initial disclosures<br>• Early settlement, and<br>• Discovery plan | June 14, 2024 |
| Last day to<br>• Complete initial disclosures or state objection in Rule 26(f) Report<br>• File/serve Case Management Statement, and<br>• File/serve Rule 26(f) Report | July 10, 2024 |
| Initial Case Management Conference with the Court | July 17, 2024 at 1:30 p.m. in Oakland, by Videoconference only.  All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr.** |

IT IS SO ORDERED AS MODIFIED.

DATED:  April 15, 2024



_____
DONNA M. RYU
CHIEF MAGISTRATE JUDGE

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-2279